IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

CHRIS ANTHONY PARKS                                              No. 04cr20386-D

ORDER CONTINUING ARRAIGNMENT AND
SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

The defendant, by and through his appointed counsel Pat Brown has this day notified the Court that the defendant, upon order of the court, had previously been transferred to a suitable hospital or facility selected by the Court of pretrial examination pursuant to 18 U.S.C. § 4241 to determine defendant's mental competency to stand trial and his sanity at the time of the offense, and had asked the Court to set the matter for a competency hearing. The court conducted that hearing and issued a report and recommendation finding the defendant competent to stand trial. Defense counsel asked the Court to continue the arraignment for an additional two weeks to allow defense counsel to review the report and recommendation. The arraignment should be continued while defendant's competency is pending and that the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial.

It is therefore ORDERED that pursuant to 18 U.S.C. §3161(h)(1)(A) the time period of 4/27/05 through 5/11/05 be excluded from the time its imposed by the Speedy Trial Act for trial of this case.

This 27 day of April, 2005.

UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-29-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:04-CR-20386 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen B. Shankman
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT