IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**UNITED STATES OF AMERICA**

v.   No. 04-20386-D

**CHRIS ANTHONY PARKS**

## ORDER CONTINUING ARRAIGNMENT AND
## SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

Defendant's counsel has notified the Court that in the interests of justice that this matter be continued. Pursuant to the Speedy Trial Act, as set in 18 U.S.C. §3161(h)(8)(A), a defendant may be granted a period of excludable delay if the ends of justice are served.

The Arraignment is therefore continued and reset to Wednesday, <u>May 18</u>, **2005, at 10:00 a.m.** in Courtroom <u>#M-3, 9th Floor</u>, Federal Building, 167 N. Main Street, Memphis, Tennessee.

It is therefore ORDERED that the time period of <u>**May 11, 2005**</u> through, **May 17, 2005** be excluded from the time its imposed by the Speedy Trial Act for trial of this case, due to the interests of justice.

This ___11___ day of ~~March~~ *May* 2005.

_____
Diane K. Vescovo
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-11-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:04-CR-20386 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen B. Shankman
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT