FILED BY *Cg* D.C.

05 MAY 20 PM 3: 05

ROBERT R. TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**CHRIS ANTHONY PARKS,**

    Defendant.

Case No.: 04-20386 D P

## ORDER

    Before the Court is Defendant Chris Anthony Parks' motion pursuant to 18 U.S.C. § 4241. The Court referred the motion to the magistrate judge where a hearing was conducted. Following the evidentiary hearing, on April 25, 2005, the magistrate judge issued his Report and Recommendation. No objections have been filed to the Report and Recommendation. Upon review of the Report and Recommendation, the Court **adopts** the magistrate judge's proposed factual findings and legal conclusions.

    Based thereon, the Court finds that Defendant is competent to stand trial. Defense counsel's request to order a competency evaluation conducted by a forensic psychiatrist is **DENIED.**

**IT IS SO ORDERED** this __19__ day of __May__, 2005.

                                    BERNICE BOUIE DONALD
                                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-23-05

(49)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:04-CR-20386 was distributed by fax, mail, or direct printing on May 23, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen B. Shankman
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT