IN THE UNITED STATES DISTRICT COURT   FILED BY _____ D.C.
FOR THE WESTERN DISTRICT OF TENNESSEE   05 MAY 23  PM 1: 58
WESTERN DIVISION

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

**UNITED STATES OF AMERICA**

v.

**CHRIS ANTHONY PARKS**                    **04cr20386-D**

## ORDER ON ARRAIGNMENT

This cause came to be heard on _____ 05-18-05 _____ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME_____ April Goode _____ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

_____The defendant, who is not in custody, may stand on his present bond.

✓ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

CHARGES -18:81.F
ARSON WITHIN SPECIAL MARITIME OR TERRITORIAL JURISDICTION

Attorney assigned to Case: T. Berry

Age:  31

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  5-23-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:04-CR-20386 was distributed by fax, mail, or direct printing on May 23, 2005 to the parties listed.

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen B. Shankman
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT