FILED BY _JC_ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT FOR TENNESSEE
WESTERN DIVISION

05 AUG 24  PM 12: 36

CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                           Cr. No. 04-20386 D

CHRIS PARKS,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE REPORT AND TRIAL DATE

For good cause shown, defendant's request to Continue the report date and the September Rotation Trial Date is hereby **GRANTED**. Defendant's matter shall be set for Report on the 22nd day of November, 2005 at 9:00 a.m./p.m. with trial set for the December Rotation. All time is excluded from the Speedy Trial Act calculations due to the need for additional time to prepare.

It is so **ORDERED**, this the 23 day of August, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on _____



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:04-CR-20386 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen B. Shankman
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT